IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **COUNTRY FRESH HOLDING** | § | Case No.: 21-30574 (MI) |
| **COMPANY INC.,** *et al* | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**REVISED NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
THAT MAY BE ASSUMED OR ASSUMED AND ASSIGNED IN CONNECTION WITH
SALE AND THE PROPOSED CURE AMOUNTS WITH RESPECT THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On March 2, 2021, the Debtors filed the Notice Of Executory Contracts And Unexpired Leases That May Be Assumed Or Assumed And Assigned In Connection With Sale and The Proposed Cure Amounts With Respect Thereto [Dkt No. 193] (the "**Original Assumption and Assignment Notice**").

On March 12, 2021, the Debtors filed a supplemental Notice of Executory Contracts and Unexpired Leases That May Be Assumed Or Assumed And Assigned In Connection With Sale and The Proposed Cure Amounts With Respect Thereto [Dkt. No. 264] (the "**Supplemental Assumption and Assignment Notice**").

**You may be a Counterparty to an executory contract, unexpired lease, or an agreement of the Debtors that potentially could be assumed or assumed and assigned to the Buyer in connection with the Sale Transaction.**

As per the Court's direction at the sale hearing on March 25, 2021, this notice contains the revised cure amounts for the executory contracts and unexpired leases ("**Revised Cure Notice**"). These revised cure amounts are as of the Petition Date.  The Debtors and Buyer reserve all rights regarding final reconciliation of any and all amounts due at the time of assumption and assignment to the Buyer.

The inclusion of any Proposed Assumed Contract in **Exhibit 1** does not constitute an admission that a particular Proposed Assumed Contract is an executory contract or unexpired lease within the meaning of the Bankruptcy Code. The assumption or assumption and assignment of a Proposed Assumed Contract is subject to Bankruptcy Court. All rights of the Debtors with respect thereto are reserved.

Until the earlier of (i) ninety (90) days following the closing date, (ii) the effective date of a confirmed plan of reorganization or liquidation for the Debtors, (iii) such time that the Chapter 11 Cases are closed or converted to cases under chapter 7 of the Bankruptcy Code, or (iv) dismissal of the Chapter 11 Cases, the Buyer, in consultation with the Debtors, shall have the option to designate any Designated Contract as a Proposed Assumed Contract.

**IF NO CONTRACT OBJECTION IS TIMELY RECEIVED WITH RESPECT TO ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF A PROPOSED ASSUMED CONTRACT: (I) THE COUNTERPARTY TO SUCH PROPOSED ASSUMED**

2

**CONTRACT SHALL BE DEEMED TO HAVE CONSENTED TO THE ASSUMPTION BY THE DEBTORS AND ASSIGNMENT TO SUCCESSFUL BIDDER OF THE PROPOSED ASSUMED CONTRACT, AND BE FOREVER BARRED FROM ASSERTING ANY OBJECTION WITH REGARD TO SUCH ASSUMPTION AND ASSIGNMENT (INCLUDING, WITHOUT LIMITATION, WITH RESPECT TO THE CURE AMOUNT, ADEQUATE ASSURANCE OF FUTURE PERFORMANCE BY THE SUCCESSFUL BIDDER, WHETHER THE SUCCESSFUL BIDDER WOULD BE ABLE TO PERFORM THE OBLIGATIONS AND WHETHER THE ASSIGNEE IS APPROPRIATE); (II) ANY AND ALL DEFAULTS UNDER THE PROPOSED ASSUMED CONTRACT AND ANY AND ALL PECUNIARY LOSSES/MONETARY DEFAULTS RELATED THERETO SHALL BE DEEMED CURED AND COMPENSATED PURSUANT TO BANKRUPTCY CODE SECTION 365(B)(1)(A) UPON PAYMENT OF THE CURE AMOUNT SET FORTH IN THE ASSUMPTION AND ASSIGNMENT NOTICE FOR SUCH PROPOSED ASSUMED CONTRACT; AND (III) THE CURE AMOUNT SET FORTH IN THE ASSUMPTION AND ASSIGNMENT NOTICE FOR SUCH PROPOSED ASSUMED CONTRACT SHALL BE CONTROLLING, NOTWITHSTANDING ANYTHING TO THE CONTRARY IN SUCH PROPOSED ASSUMED CONTRACT, OR ANY OTHER RELATED DOCUMENT, AND THE COUNTERPARTY SHALL BE DEEMED TO HAVE CONSENTED TO THE CURE AMOUNT AND SHALL BE FOREVER BARRED FROM ASSERTING ANY OTHER CLAIMS RELATED TO SUCH PROPOSED ASSUMED CONTRACT AGAINST THE DEBTORS AND THEIR ESTATES OR THE SUCCESSFUL BIDDER, OR THE PROPERTY OF ANY OF THEM, THAT EXISTED PRIOR TO THE ENTRY OF THE ORDER RESOLVING THE CONTRACT OBJECTIONS AND THE ORDER APPROVING THE SALE TO THE SUCCESSFUL BIDDER.**

DATED: April 6, 2021

Respectfully submitted by:

**FOLEY & LARDNER, LLP**

*/s/ Sharon M. Beausoleil*
John P. Melko (TX 13919600)
Email: jmelko@foley.com
Sharon M. Beausoleil (TX 24025245)
Email: sbeausoleil@foley.com
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone:  713.276.5500

and

Mark C. Moore (TX 24074751)
Email: mmoore@foley.com
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214.999.4150

**COUNSEL TO
DEBTORS AND DEBTORS-IN-POSSESSION**

3

## CERTIFICATE OF SERVICE

I do hereby certify that on April 6, 2021 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

/s/ Sharon M. Beausoleil
Sharon M. Beausoleil

4841-1741-0788.2

**Exhibit 1**

Revised Cure Notice

| Counterparty | Debtor Entity | Contract Type | Description | Contract Date | Revised Cure Amount (as of 04/06/2021) |
|---|---|---|---|---|---|
| AMERIGAS | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC) | UTILITY AGREEMENT | Amerigas utility agreement | 2/18/2020 | $ 4,028.56 |
| ARAMARK UNIFORM & CAREER APPAREL LLC | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC); SUN RICH | SUPPLY AGREEMENT | Aramark Agreement 5/11/2020 | 5/11/2020 | $ 57,344.53 |
| ARTHUR INNIS | COUNTRY FRESH HOLDINGS, LLC | EMPLOYMENT AGREEMENT | Arthur Innis Employment Agreement | 7/15/2020 | $ - |
| Breit Industrial HS Property | COUNTRY FRESH ORLANDO, LLC | LEASE | Breit Industrial Lease together with all amendments | 6/1/2017 | $ 8,802.12 |
| CAMBRIAN INNOVATION INC | CHAMPLAIN VALLEY SPECIALTY OF NEW YORK, INC. | EQUIPMENT FINANCE | Equipment financing agreement | 11/30/2018 | $ 900,000.00 |
| CARAVAGGIO, JENNIFER | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC) | EMPLOYMENT AGREEMENT | Jennifer Caravaggio - Independent Contractor Agreement | 9/21/2020 | $ - |
| Carolina Material Handling Services, Inc. (CMH) | COUNTRY FRESH | Service Agreement | Planned Maintenance Agreement (Gray Court) | 1/26/2018 | $ 2,313.26 |
| CENVEO WORLDWIDE LIMITED | COUNTRY FRESH LLC | SUPPLY AGREEMENT | Cenveo Supply Agreement - Country Fresh | 6/1/2019 | $ 397,286.28 |
| CITISTAFF SOLUTIONS INC | SUN RICH FRESH FOODS (USA), INC. | STAFFING AGREEMENT | Citstaff Solutions Staffing Agreement | 10/14/2020 | $ 226,107.97 |
| COLFIN 2015-2 INDUSTRIAL OWNER LLC | COUNTRY FRESH HOLDING COMPANY, INC. | LEASE | Colfin - Grand Prairie Lease together with all amendments | 3/1/2020 | $ 19,330.00 |
| Comcast Business Services | COUNTRY FRESH LLC | Service Agreement | Comcast ID # 18672873 | 3/5/2018 | $ 8,331.91 |
| Comdata Inc. | COUNTRY FRESH LLC | Customer Agreement | Comdata fuel card agreement | 9/9/2020 | $ - |
| CORONA INDUSTRIAL LLC | SUN RICH FRESH FOODS (USA), INC. | LEASE | Corona Industrial Lease together with all amendments | 12/1/2020 | $ - |
| CORTLAND CAPITAL MARKET SERVICES LLC | COUNTRY FRESH ACQUISITION CORP./COUNTRY FRESH HOLDINGS LLC/COUNTRY FRESH LLC/CF DALLAS LLC/CF CAROLINA LLC/CF MIDWEST LLC/CF ORLANDO LLC/CF TRANSPORTAION LLC/CF PENNSYLVANIA LLC/CF PRODUCTS LLC/CF MANUFACTURING LLC/CHAMPLAIN VALLEY SPECIALTY OF NY INC/SUN RICH FRESH FOODS (USA) INC/SUN RICH FRESH FOODS (NV) INC/SUN RICH FRESH FOODS (PA) INC | SECURITY AGREEMENT | Super Senior - U.S. Guaranty and Security Agreement | 6/1/2020 | $ - |
| D6 INC | COUNTRY FRESH LLC | SUPPLY AGREEMENT | Country Fresh Supply Agreement | 10/20/2018 | $ 1,267,444.98 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | Forklift lease | 2/14/2018 | $ 2,584.92 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | Forklift lease | 3/29/2018 | $ 2,584.92 |
| DEBRA LAWSON | COUNTRY FRESH HOLDINGS, LLC | EMPLOYMENT AGREEMENT | Debra Lawson Employment Agreement | 5/7/2018 | $ - |
| EFFEX MANAGEMENT SOLUTIONS LLC | COUNTRY FRESH HOLDINGS LLC (D/B/A THE FRESH FOOD GROUP) | STAFFING AGREEMENT | Effex Staffing Agreement Grand Prairie | 8/26/2020 | $ 42,701.83 |
| EFFEX MANAGEMENT SOLUTIONS LLC | COUNTRY FRESH HOLDINGS, LLC | STAFFING AGREEMENT | Effex Staffing Agreement Houston | 8/26/2020 | $ 437,582.44 |
| EFFEX MANAGEMENT SOLUTIONS LLC | COUNTRY FRESH LLC | STAFFING AGREEMENT | Effex Staffing Agreement Orlando | 11/7/2012 | $ 548,896.10 |
| EFFEX MANAGEMENT SOLUTIONS LLC | COUNTRY FRESH SOUTH CAROLINA LLC | STAFFING AGREEMENT | Effex Staffing Agreement Gray Court | 1/31/2014 | $ 621,239.17 |
| Encore | COUNTRY FRESH | Service Agreement | Encore Subscription Services Enrollment | 1/6/2020 | $ 55,216.04 |
| EVANSTON INSURANCE COMPANY | COUNTRY FRESH HOLDING COMPANY, INC. | INSURANCE | Terrorism Policy | 3/31/2020 | $ - |
| FIRST SPECIALTY INSURANCE CORPORATION | COUNTRY FRESH HOLDINGS LLC | INSURANCE | Property Policy | 3/31/2020 | $ - |

Revised Cure Notice

| Counterparty | Debtor Entity | Contract Type | Description | Contract Date | Revised Cure Amount (as of 04/06/2021) |
|---|---|---|---|---|---|
| FIRST STEP STAFFING | COUNTRY FRESH PENNSYLVANIA, LLC | STAFFING AGREEMENT | On Time (First Step) Staffing Services Agreement Hatfield | 7/13/2015 | $ 620,687.47 |
| FRESH EXPRESS INCORPORATED | COUNTRY FRESH ACQUISITION CORP. | TRADEMARK AGREEMENT | Trademark Agreement | 4/6/2020 | $ - |
| Fusion Connect | COUNTRY FRESH LLC | Service Agreement | Service Order: 593886-2 | 2/2/2021 | $ - |
| GERACE, LUCA | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC) | EMPLOYMENT AGREEMENT | Luca Gerace - Independent Contractor Agreement | 10/19/2020 | $ - |
| GERMAN SUAREZ | COUNTRY FRESH HOLDINGS, LLC | EMPLOYMENT AGREEMENT | German Suarez Employment Agreement | 8/20/2018 | $ - |
| GREAT AMERICAN E&S INSURANCE COMPANY | COUNTRY FRESH LLC | INSURANCE | Environmental Policy | 3/31/2020 | $ - |
| Henessy Foods LLC | COUNTRY FRESH LLC | Supply Agreement | HFC-14 Supply Agreement | 8/1/2018 | $ 159,382.50 |
| HISCOX INC | COUNTRY FRESH LLC | INSURANCE | Terrorism Policy | 3/31/2020 | $ - |
| HUDSON ENERGY SERVICES LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | Hudson Energy Hatfield Agreement | 2/18/2020 | $ - |
| HUDSON ENERGY SERVICES LLC | SUN RICH FRESH FOODS (USA), INC. | UTILITY AGREEMENT | Hudson Energy Reading Agreement | 8/1/2020 | $ - |
| HYG Financial Services, Inc | COUNTRY FRESH LLC | EQUIPMENT LEASE | Master Lease Agreement # 9411387 | 4/5/2019 | $ 2,812.38 |
| IRONSHORE SPECIALTY INSURANCE COMPANY | COUNTRY FRESH HOLDING COMPANY, INC. | INSURANCE | Excess ($5M/$5M) Liability Policy | 4/29/2020 | $ - |
| J.J. Keller & Associates | COUNTRY FRESH INC | Service Agreement | Managed Services Agreement for Driver Datasense Plus Se | 2/27/2018 | $ 3,116.24 |
| JAY MCMILLAN | COUNTRY FRESH HOLDINGS, LLC | EMPLOYMENT AGREEMENT | Jay McMillan Employment Agreement | 7/15/2020 | $ - |
| JOKEY PLASTICS NORTH AMERICA INC | COUNTRY FRESH LLC | SUPPLY AGREEMENT | Jokey Supply Agreement | 1/1/2018 | $ - |
| K.M. DAVIES INC. | CHAMPLAIN VALLEY SPECIALTY OF NEW YORK | REAL ESTATE LEASE | Apple Storage Lease | | $ 263,368.72 |
| KM DAVIES CO INC | COUNTRY FRESH LLC | WAREHOUSING AGREEMENT | Oswego Apple Storage Agreement | 10/15/2018 | $ 263,368.72 |
| Konica Minolta | COUNTRY FRESH LLC | EQUIPMENT LEASE | Master Premier Advantage Agreement | 10/19/2019 | $ 211.22 |
| Konica Minolta (Wells Fargo vendor financing) | COUNTRY FRESH LLC | EQUIPMENT LEASE | Copier Lease Agreement: Cust # 3691167356 | Various | $ 8,565.61 |
| Konica Minolta Premier Finance | COUNTRY FRESH LLC | EQUIPMENT LEASE | Copier Lease (models 364E-A61F011022687 & 346E-A61F011022200) | Various | $ 124.73 |
| LEXINGTON INSURANCE COMPANY | COUNTRY FRESH LLC | INSURANCE | Excess ($5M/$10M) Liability Policy | 3/31/2020 | $ - |
| MARK A. GARTH | COUNTRY FRESH LLC | SETTLEMENT AGREEMENT | Settlement Agreement | 2/22/2020 | $ - |
| Marlin Capital Solutions | COUNTRY FRESH LLC | EQUIPMENT LEASE | Equipment Finance Agreement # 1358640, 1357173 | 5/30/2019 | $ 4,310.27 |
| MCDOWELL, AMANDA | COUNTRY FRESH CAROLINA, LLC (F/K/A COUNTRY FRESH INC) | SETTLEMENT AGREEMENT | Settlement Agreement | 3/12/2019 | $ - |
| Metafile Information Systems, Inc. | COUNTRY FRESH LLC | Service Agreement | MetaViewer Software Solutions Contract | 7/28/2020 | $ 16,627.09 |
| MHC TRUCK LEASING INC | COUNTRY FRESH TRANSPORTATION LLC | EQUIPMENT LEASE | MHC Truck (PacLease) agreement | 11/30/2018 | $ 2,044.13 |
| NAT'L UNION FIRE INSURANCE CO OF PITTSBURGH PA | COUNTRY FRESH HOLDING COMPANY, INC. | INSURANCE | Crime Policy | 4/29/2020 | $ - |
| NAYLOR BUILDING PARTNERSHIP INC | COUNTRY FRESH LLC | SERVICE AGREEMENT | Maintenance agreement - Gray Court | 5/18/2020 | $ 51,728.36 |
| Neopost | COUNTRY FRESH HOLDINGS, LLC | EQUIPMENT LEASE | Rental Agreement | 1/29/2019 | $ - |
| Packers Sanitation Services, Inc., Ltd. | Country Fresh Holdings LLC | SUPPLY AGREEMENT | Supply Agreement - US Portion | 8/1/2019 | $ 382,918.00 |
| Packers Sanitation Services, Inc., Ltd. | Country Fresh Holding | SERVICE AGREEMENT | Sanitation Services Agreement (see SOW's below) | 8/14/2019 | $ 8,391.43 |
| Packers Sanitation Services, Inc., Ltd. (PSSI) | COUNTRY FRESH HOLDINGS | Service Agreement | Sanitation Services Agreeement (Houston, TX SOW) | 8/14/2019 | $ 27,701.00 |
| Packers Sanitation Services, Inc., Ltd. (PSSI) | COUNTRY FRESH HOLDINGS | Service Agreement | Sanitation Services Agreeement (Gray Court, SC SOW) | 9/6/2019 | $ 58,983.00 |
| Packers Sanitation Services, Inc., Ltd. (PSSI) | COUNTRY FRESH HOLDINGS | Service Agreement | Sanitation Services Agreeement (Hatfield, PA SOW) | 9/20/2019 | $ 39,801.00 |
| Packers Sanitation Services, Inc., Ltd. (PSSI) | COUNTRY FRESH HOLDINGS | Service Agreement | Sanitation Services Agreeement (Toronto, ON SOW) | 9/7/2019 | $ 164,771.00 |
| PANALOSA-GONZALEZ, MINERVA | COUNTRY FRESH LLC | SETTLEMENT AGREEMENT | Settlement Agreement | 7/6/2018 | $ - |
| Pinnacle Center 1, LLC | COUNTRY FRESH HOLDINGS, LLC | LEASE | Pinnacle Center 1 Lease Agreement together with all amendments | 9/19/2019 | $ 4,080.00 |
| PRIORITY STAFF FORCE INC | COUNTRY FRESH LLC | STAFFING AGREEMENT | Priority Staff Force Staffing Agreement - Hatfield | 5/13/2019 | $ - |
| Raymond Leasing Corporation | COUNTRY FRESH PENNSYLVANIA, LLC | EQUIPMENT LEASE | Warehouse Equipment Lease Agreement | unknown | $ 15,943.75 |

Revised Cure Notice

| Counterparty | Debtor Entity | Contract Type | Description | Contract Date | Revised Cure Amount (as of 04/06/2021) |
|---|---|---|---|---|---|
| Raymond Leasing Corporation: Arbor Material Handling, Inc. (part of Raymond Leasing Corporation) | COUNTRY FRESH LLC | Equipment Lease | Comprehensive Fixed Price Maintenance agreement (addit | 9/25/2019 | $ - |
| Raymond Leasing Corporation: Arbor Material Handling, Inc. (part of Raymond Leasing Corporation) | COUNTRY FRESH PENNSYLVANIA, LLC | Equipment Lease | Agreement #353241(additional schedule under Raymond L | 1/6/2020 | $ - |
| Raymond Leasing Corporation: Arbor Material Handling, Inc. (part of Raymond Leasing Corporation) | COUNTRY FRESH PENNSYLVANIA, LLC | Equipment Lease | Agreement #353242 (additional schedule under Raymond | 1/6/2020 | $ - |
| Raymond Leasing Corporation: Arbor Material Handling, Inc. (part of Raymond Leasing Corporation) | COUNTRY FRESH PENNSYLVANIA, LLC | Equipment Lease | Agreement #353243 (additional schedule under Raymond | 1/6/2020 | $ - |
| REAL TIME STAFFING SERVICES LLC | SUN RICH FRESH FOODS (USA), INC. | SETTLEMENT AGREEMENT | Joint Stipulation of Settlement | 10/30/2020 | $ 100,000.00 |
| REAL TIME STAFFING SERVICES LLC | SUN RICH FRESH FOODS (USA), INC. | SETTLEMENT AGREEMENT | Confidential Agreemnt | 3/16/2020 | $ - |
| RETAIL BUSINESS SERVICES LLC | COUNTRY FRESH HOLDINGS LLC | SUPPLY AGREEMENT | RBS Master Supply Agreement | 9/1/2020 | $ - |
| REVELATION WASTE PARTNERS | COUNTRY FRESH HOLDINGS LLC | SERVICE AGREEMENT | Solid waste/recycling service agreement | 6/15/2017 | $ 9,356.20 |
| REX PERSONNEL, LLC | COUNTRY FRESH HOLDINGS LLC (D/B/A THE FRESH FOOD GROUP) | STAFFING AGREEMENT | Country Fresh and REX Personell - Confidentiaility Agreement | 7/24/2020 | $ - |
| Ryder Truck Rental, Inc | COUNTRY FRESH TRANSPORTATION, LLC | EQUIPMENT LEASE | Ryder Truck Lease Agreement # 86876 together with all schedules and amendments | Various | $ 178,042.69 |
| SRFF08 READING PA LP | SUN RICH FRESH FOODS (PA), INC. | LEASE | Reading Rent Contract together with all amendments - Gladstone | 1/1/2008 | $ 105,015.45 |
| STACIE SOPINKA | COUNTRY FRESH HOLDINGS, LLC | EMPLOYMENT AGREEMENT | Stacey Sopinka Employment Agreement | 9/4/2019 | $ - |
| Streamline Office Solutions | COUNTRY FRESH ORLANDO LLC | EQUIPMENT LEASE | Copier Rental Agreement | 5/10/2018 | $ - |
| Streamline Office Solutions | COUNTRY FRESH INC. | Equipment Lease | Lease for Ricoh MP5055 and Ricoh SP5210 | 5/10/2018 | $ - |
| Sunbelt Material Handling | COUNTRY FRESH PRODUCE | Equipment Lease | Grand Prairie forklift lease | | $ 2,928.95 |
| TIAA Bank | COUNTRY FRESH, INC. | EQUIPMENT LEASE | TIAA Commercial Finance Contract # 20348750 | 2/11/2021 | $ 1,165.51 |
| Toyota Industries Commercial Finance | COUNTRY FRESH LLC | EQUIPMENT LEASE | 4 Toyota forklifts Acct. #'s: 10391965, 10436386, 10442448, 10450355 | Various | $ 9,654.04 |
| Transportation Management Solutions, Inc. | COUNTRY FRESH LLC | Service Agreement | Software subscription agreement | 8/1/2019 | $ 14,055.40 |
| TXU ENERGY RETAIL COMPANY LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | TXU Energy Agreement | 6/24/2020 | $ 13,799.14 |
| US Foods | COUNTRY FRESH INC | Vendor agreement | Vendor Program Agreement with amendments | 5/1/2009 | $ - |
| Waste Management | UNKNOWN | Waste hauling | Waste hauling agreement | | $ - |
| VERIFRACT LLC | COUNTRY FRESH LLC | SETTLEMENT AGREEMENT | Settlement | 6/15/2020 | $ - |
| VISTA WOODLANDS PARTNERS LTD | COUNTRY FRESH LLC | LEASE | Country Fresh - Woodlands Office Lease together with all amendments | 12/22/2017 | $ 9,590.46 |
| WAL-MART STORES INC | COUNTRY FRESH HOLDINGS LLC | SUPPLY AGREEMENT | Walmart Supplier Agreement | 2/19/2017 | $ - |
| WELLS FARGO BANK NA | COUNTRY FRESH LLC | EQUIPMENT LEASE | Wells Fargo Equipment Finance - Forklift Lease South Carolina | 7/30/2018 | $ 2,178.28 |
| Wells Fargo Equipment Finance, Manufacturer Services Group | COUNTRY FRESH LLC | EQUIPMENT LEASE | Lease Agreement # 301-0358591 | 5/28/2018 | $ 10,663.05 |
| WESTCHESTER SURPLUS LINES INSURANCE CO | COUNTRY FRESH HOLDING COMPANY, INC. | INSURANCE | EPL Policy | 4/29/2020 | $ - |
| WILLIAM ANDERSEN | COUNTRY FRESH HOLDINGS, LLC | EMPLOYMENT AGREEMENT | William Andersen Employment Agreement | 5/21/2018 | $ - |
| WILLIS TOWERS WATSON INSURANCE | COUNTRY FRESH LLC | INSURANCE | Inland Marine Insurance | 8/7/2020 | $ - |
| XL INSURANCE AMERICA INC | COUNTRY FRESH LLC | INSURANCE | Equipment Breakdown Up and Running Policy | 3/31/2020 | $ - |
| XTRA LEASE LLC | COUNTRY FRESH TRANSPORTATION LLC | EQUIPMENT LEASE | XTRA Lease 644L146 together with all amendments and schedules | Various | $ 81,070.84 |

Revised Cure Notice

| Counterparty | Debtor Entity | Contract Type | Description | Contract Date | Revised Cure Amount (as of 04/06/2021) |
|---|---|---|---|---|---|
| Victory Packaging, L.P. | COUNTRY FRESH, LLC | Supply Agreement | Supply Agreement between Victory Packaging and Country | 9/6/2018 | $ 1,529,134.62 |
| CERIDIAN CANADA LTD | SUN RICH FRESH FOODS INC / SUN RICH FRESH FOODS (USA) INC / SUN RICH FRESH FOODS (PA) INC / CHAMPLAIN VALLEY SPECIALTY OF NY INC / COUNTRY FRESH CAROLINA LLC / COUNTRY FRESH ORLANDO LLC / COUNTRY FRESH PENNSYLVANIA LLC / COUNTRY FRESH TRANSPORTATION LLC / COUNTRY FRESH HOUSTON LP / COUNTRY FRESH DALLAS LLC / CF PRODUCTS LLC / COUNTRY FRESH MANUFACTURING LLC / COUNTRY FRESH PRODUCTS LLC / COUNTRY FRESH LLC / TIFFANY GATE FOODS INC | SERVICE AGREEMENT | Ceridian Contract | 5/9/2020 | $ 6,875.88 |