

ENTERED
07/12/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 21-30574 |
| **COUNTRY FRESH HOLDING COMPANY** | § | |
| **INC.**, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 7 |

## ORDER

1. Country Fresh's Key Employee Incentive Program is approved, subject to paragraph 2 of this Order.

2. Mr. Andersen's compensation under the KEIP's sale-based incentive may not exceed $255,000. Mr. Innis's compensation under the KEIP's sale-based incentive may not exceed $87,500.

SIGNED 07/12/2021

_____
Marvin Isgur
United States Bankruptcy Judge