MASTER SERVICE LIST

| | |
|---|---|
| AKERLY LAW PLLC<br>(COUNSEL TO BUD'S SALADS INC)<br>ATTN BRUCE W AKERLY, CARRIE R MCNAIR & ROBERT N LOUGHRAN<br>878 S DENTON TAP RD, STE 100<br>COPPELL, TX 75019<br>EMAIL: BAKERLY@AKERLYLAW.COM; CMCNAIR@AKERLYLAW.COM; RLOUGHRAN@AKERLYLAW.COM | ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN: PAMELA H. WALTERS & VICTORIA VONDER HAAR<br>2520 W. W. THORNE DRIVE<br>HOUSTON, TX 77073<br>EMAIL: BNKATTY@ALDINEISD.ORG |
| ANDREW K ROZELL<br>(COUNSEL FOR ROBERT REISER & CO, INC.)<br>323 E JACKSON<br>HARLINGEN, TX 78550<br>EMAIL: AKRLAWHARLINGEN@GMAIL.COM | |
| CLARK HILL STRASBURGER<br>(COUNSEL FOR WASTE MANAGEMENT, INC)<br>ATTN: ROBERT P. FRANKE, ANDREW G. EDSON & AUDREY L. HORNISHER<br>901 MAIN ST, STE 6000<br>DALLAS, TX 75202-3794<br>EMAIL: BFRANKE@CLARKHILL.COM; AEDSON@CLARKHILL.COM; AHORNISHER@CLARKHILL.COM | COKINOS YOUNG<br>(COUNSEL FOR PACKER SANITATION SERVICES INC LTD)<br>ATTN CRAIG E POWER & MARIA M BARTLETT<br>FOUR HOUSTON CENTER<br>1221 LAMAR ST, 16TH FL<br>HOUSTON, TX 77010<br>EMAIL: CPOWER@COKINOSLAW.COM; MBARTLETT@COKINOSLAW.COM |
| FEDERAL TRADE COMMISSION<br>600 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20580<br>EMAIL: ANTITRUST@FTC.GOV | FOLEY & LARDNER LLP<br>(COUNSEL TO DEBTORS)<br>ATTN JOHN P MELKO & SHARON M BEAUSOLEIL<br>1000 LOUISIANA ST, STE 2000<br>HOUSTON, TX 77002 |
| FOLEY & LARDNER LLP<br>(COUNSEL TO DEBTORS)<br>ATTN MARK C MOORE<br>2021 MCKINNEY AVE, STE 1600<br>DALLAS, TX 75201 | HARRIS BEACH PLLC<br>(COUNSEL FOR AGPRO FARMS, AGPRO TRUCKING LLC )<br>ATTN: WENDY A KINSELLA, ESQ, BRIAN D ROY, ESQ, & LEE E WOODARD, ESQ.<br>333 WEST WASHINGTON ST, STE 200<br>SYRACUSE, NY 13202<br>EMAIL: BKEMAIL@HARRISBEACH.COM; WKINSELLA@HARRISBEACH.COM |

MASTER SERVICE LIST

| | |
|---|---|
| HUGHES HUBBARD & REED LLP<br>(COUNSEL FOR CENVEO WORLDWIDE LIMITED)<br>ATTN: CHRISTOPHER GARTMAN, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1482<br>EMAIL: CHRIS.GARTMAN@HUGHESHUBBARD.COM | INTERNAL REVENUE SERVICES<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICES<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | INTERNAL REVENUE SERVICES<br>LOCAL OFFICE<br>1100 COMMERCE ST, RM 121<br>DALLAS, TX 75242 |
| KILPATRICK TOWNSEND & STOCKTON LLP<br>(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CRED)<br>ATTN: KELLY MOYNIHAN<br>THE GRACE BUILDING<br>1114 AVE OF THE AMERICAS<br>NEW YORK, NY 10036<br>EMAIL: KMOYNIHAN@KILPATRICKTOWNSEND.COM | KILPATRICK TOWNSEND & STOCKTON LLP<br>(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CRED)<br>ATTN: PAUL M. ROSENBLATT & TODD C. MEYERS<br>1100 PEACHTREE ST NE, STE 2800<br>ATLANTA, GA 30309-4528<br>EMAIL: PROSENBLATT@KILPATRICKTOWNSEND.COM;<br>TMEYERS@KILPATRICKTOWNSEND.COM |
| KLINOWSKI DAMIANO LLP<br>(COUNSEL TO S&S MARKETING AND SALES, INC. AND C.<br>LANE COMPANY, LLC)<br>ATTN: JASON R. KLINOWSKI<br>PO BOX 43404<br>BIRMINGHAM, AL 35243<br>EMAIL: JKLINOWSKI@AGLAWYER.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>(COUNSEL FOR MONTGOMERY COUNTY, HARRIS COUNTY)<br>ATTN: JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064<br>EMAIL: HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LINEBARGER GOGGNAN BLAIR & SAMPSON LLP<br>(COUNSEL FOR TARRANT COUNTY, DALLAS COUNTY)<br>ATTN: ELIZABETH WELLER<br>2777 N STEMMONS FWY, STE 1000<br>DALLAS, TX 75207<br>EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM | MARTYN AND ASSOCIATES<br>(COUNSEL FOR C. H. ROBINSON WORLDWIDE, INC.)<br>ATTN: MARK A. AMENDOLA<br>820 W. SUPERIOR AVE, TENTH FLOOR<br>CLEVELAND, OH 44113<br>EMAIL: MAMENDOLA@MARTYNLAWFIRM.COM |

MASTER SERVICE LIST

| | |
|---|---|
| MEUERS LAW FIRM, P.L.<br>(COUNSEL TO BELLA PRODUCE, LLC, HANSHAW SALES, HOUSTON SOUTH MILL, LLC, SOUTH MILL MUSHROOM, LLC, GRIMMWAY ENTERPRISES, INC.)<br>ATTN: STEVEN M. DE FALCO<br>5395 PARK CENTRAL COURT<br>NAPLES, FL 34109<br>EMAIL: SDEFALCO@MEUERSLAWFIRM.COM | MONCRIEF & HART PC<br>(COUNSEL FOR RIVER FRESH FOODS, LLC AND BLAZER WILKINSON, LP)<br>ATTN: DENNIS LEWIS<br>16 W GABILAN ST<br>SALINAS, CA 93901<br>EMAIL: DENNIS@MONCRIEFHART.COM |
| NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL FOR CORTLAND CAPITAL MARKET SERVICES LLC)<br>ATTN DAVID ROSENZWEIG, MICHAEL FINGERHUT, AND STEPHEN CASTRO<br>1301 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6022<br>EMAIL: DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.COM;<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM;<br>MICHAEL.FINGERHUT@NORTONROSEFULBRIGHT.COM | NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL TO CAPITAL MARKET SERVICES LLC)<br>ATTN: BOB B. BRUNER<br>1301 MCKINNEY, STE 5100<br>HOUSTON, TX 77010<br>EMAIL: BOB.BRUNER@NORTONROSEFULBRIGHT.COM |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>ATTN: MATTHEW G. WHITAKER<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 | OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: STEPHEN DOUGLAS STATHAM<br>515 RUSK ST, STE 3516<br>HOUSTON, TX 77002<br>EMAIL: STEPHEN.STATHAM@USDOJ.GOV;<br>HECTOR.DURAN.JR@USDOJ.GOV |
| OSLER HOSKIN & HARCOURT LLP<br>ATTN: TRACY SANDLER<br>100 KING ST W<br>1 FIRST CANADIAN PL, STE 6200<br>TORONTO, ON M5X 1B8<br>CANADA<br>EMAIL: TSANDLER@OSLER.COM; MCALVARUSO@OSLER.COM;<br>RBORINS@OSLER.COM; YSAMAD@OSLER.COM | PAHL & MCCAY<br>(COUNSEL FOR FLEXIBLE FUNDING LTD., LIABILITY CO.)<br>ATTN: CATHERINE SCHLOMANN ROBERTSON, ESQ.<br>225 WEST SANTA CLARA STREET, SUITE 1500<br>SAN JOSE, CA 95113-1752<br>EMAIL: CROBERTSON@PAHL-MCCAY.COM |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>(COUNSEL TO AD HOC GROUP OF LENDERS)<br>ATTN: ELIZABETH R. MCCOLM, JOHN W. WEBER,<br>GRACE HOTZ, KATE AMATO, DIANE MEYERS, THERESA LII,<br>CATHERINE GOODALL AND JOSEPH FRIEDMAN<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>EMAIL: EMCCOLM@PAULWEISS.COM; JWEBER@PAULWEISS.COM;<br>GHOTZ@PAULWEISS.COM; DMEYERS@PAULWEISS.COM; TLII@PAULWEISS.COM;<br>CGOODALL@PAULWEISS.COM; KAMATO@PAULWEISS.COM | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>(COUNSEL TO WOODLANDS METRO CENTER MUD)<br>ATTN: OWEN M. SONIK<br>1235 N LOOP W, STE 600<br>HOUSTON, TX 77008<br>EMAIL: OSONIK@PBFCM.COM |

MASTER SERVICE LIST

| | |
|---|---|
| PERDUE, BRANDON, FIELDER COLLINS & MOTT LLP<br>(COUNSEL FOR ARLINGTON ISD)<br>ATTN: EBONEY COBB<br>500 E BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010<br>EMAIL: ECOBB@PBFCM.COM | PORTER HEDGES LLP<br>(COUNSEL TO AD HOC GROUP LENDERS)<br>ATTN: JOHN F. HIGGINS, M. SHANE JOHNSON & MEGAN YOUNG-JOHN<br>1000 MAIN ST, 36TH FL<br>HOUSTON, TX 77002<br>EMAIL: JHIGGINS@PORTERHEDGES.COM; MYOUNG-JOHN@PORTERHEDGES.COM; SJOHNSON@PORTERHEDGES.COM |
| RAMEY & FLOCK, P.C.<br>(COUNSEL FOR CUSTOM PRODUCE SALES & PACIFIC SALES)<br>ATTN: STEVE SPITZER<br>100 E FERGUSON, STE 404<br>TYLER, TX 75702<br>EMAIL: SSPITZER@RAMEYFLOCK.COM | RYNN & JANOWSKY, LLP<br>(COUNSEL FOR CUSTOM PRODUCE SALES & PACIFIC SALES)<br>ATTN: ELISE O'BRIEN & R. JASON READ<br>2603 MAIN ST, STE 1250<br>IRVINE, CA 92614<br>EMAIL: JASON@RJLAW.COM;ELISE@RJLAW.COM |
| SCHLANGER SILVER LLP<br>(COUNSEL FOR CAMBRIAN INNOVATION, INC.)<br>ATTN: JULIA A. COOK<br>109 NORTH POST OAK LANE, STE 300<br>HOUSTON, TX 77024<br>EMAIL: JCOOK@SCHLANGERSILVER.COM | SECURITIES & EXCHANGE COMMISSION<br>100 F ST NE<br>WASHINGTON, DC 20549<br>EMAIL: CHAIRMANOFFICE@SEC.GOV |
| SINGER & LEVICK, P.C.<br>(COUNSEL FOR BREIT INDUSTRIAL HS PROPERTY OWNER)<br>ATTN: MICHELLE E. SHRIRO, ESQ<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON, TX 75001<br>EMAIL: MSHRIRO@SINGERLEVICK.COM | SPECTOR & COX, PLLC<br>(COUNSEL TO DIAMOND ONIONS, INC.)<br>ATTN: HOWARD MARC SPECTOR<br>12770 COIT RD, STE 1100<br>DALLAS, TX 75251<br>EMAIL: HSPECTOR@SPECTORCOX.COM |
| SPENCE, DESENBERG & LEE, PLLC<br>(COUNSEL FOR EFFEX MANAGEMENT SOLUTIONS, LLC)<br>ATTN: ROSS SPENCE & HENRY W. KNIGHT<br>1770 SAINT JAMES PLACE, STE 625<br>HOUSTON, TX 77056<br>EMAIL: ROSS@SDLLAW.COM; HENRY@SDLLAW.COM | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701 |

MASTER SERVICE LIST

| | |
|---|---|
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | STOKES LAW OFFICE LLP<br>(COUNSEL TO CLASSIC HARVEST LLC, CENTRAL AMERICAN)<br>ATTN: CRAIG A. STOKES, ESQ. & MARLEEN W. COBB<br>3330 OAKWELL COURT, STE 225<br>SAN ANTONIO, TX 78218<br>EMAIL: CSTOKES@STOKESLAWOFFICE.COM;<br>MCOBB@STOKESLAWOFFICE.COM |
| TEXAS STATE SECURITIES BOARD<br>THOMAS JEFFERSON RUSK STATE OFFICE BDLG<br>208 E 10TH ST<br>AUSTIN, TX 78701 | THE TEXAS COMPTROLLER<br>ATTN: COURTNEY J. HULL, ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>EMAIL: BK-CHULL@OAG.TEXAS.GOV |
| THE UNITED STATES ATTORNEYS OFFICE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: RICHARD A KINCHELOE<br>1000 LOUISIANA ST<br>HOUSTON, TX 77002<br>EMAIL: RICHARD.KINCHELOE@USDOJ.GOV | THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.<br>(COUNSEL FOR O'ROURKE DIST. CO., LLC, D/B/A<br>O'ROURKE PETROLEUM)<br>ATTN: ALBERT F. NASUTI, ESQ.<br>2 SUN COURT, SUITE 400<br>PEACHTREE CORNERS, GA 30092 |
| THORNTON GROUT FINNIGAN LLP<br>(COUNSEL FOR COURT APPOINTED MONITOR)<br>ATTN: REBECCA KENNEDY & PUYA J. FESHARAKI<br>TD WEST TOWER, TORONTO-DOMINION CENTRE<br>100 WELLINGTON ST. W., STE 3200<br>TORONTO, ON M5K 1K7<br>CANADA<br>EMAIL: RKENNEDY@TGF.CAPFESHARAKI@TGF.CA | UNITED STATES CUSTOMS AND BORDER PROTECTION<br>1300 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20229 |
| UNITED STATES PATENT AND TRADEMARK OFFICE AND<br>THE UNITED STATES COPYRIGHT OFFICE<br>101 INDEPENDENCE AVE SE<br>WASHINGTON, DC 20559-6000 | US ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: SCOTT PRUITT, ADMINISTRATOR<br>ARIEL RIOS BLDG, 1200 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20460 |

MASTER SERVICE LIST

| | |
|---|---|
| VILLEDA LAW GROUP<br>(COUNSEL FOR AMH PRODUCE COMPANY)<br>ATTN: ANTONIO VILLEDA, MARK TALBOT<br>6316 NORTH 10TH STREET, BLDG. B<br>MCALLEN, TX 78504<br>EMAIL: AVILLEDA@MYBUSINESSLAWYER.COM;<br>MTALBOT@MYBUSINESSLAWYER.COM | VORYS, SATER, SEYMOUR AND PEASE LLP<br>(COUNSEL FOR INTERITY EXPRESS LOGISTICS LLC)<br>ATTN: STEVEN R. RECH<br>909 FANNIN ST, STE 2700<br>HOUSTON, TX 77010<br>EMAIL: SRECH@VORYS.COM |
| WALKER WILCOX MATOUSEK LLP<br>(COUNSEL FOR AMAZON PRODUCE NETWORK LLC)<br>ATTN: TONY L DRAPER<br>1001 MCKINNEY, STE 2000<br>HOUSTON, TX 77002<br>EMAIL: TDRAPER@WALKERWILCOX.COM | WINSTON & STRAWN LLP<br>(COUNSEL FOR STELLEX/CF BUYER (US), LLC)<br>ATTN: CAREY D. SCHREIBER<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>EMAIL: CSCHREIBER@WINSTON.COM |
| WINSTON & STRAWN LLP<br>(COUNSEL TO  STELLEX/CF BUYER (US), LLC)<br>ATTN: LAURA KRUCKS<br>35 W. WACKER DRIVE<br>CHICAGO, IL 60601 | |