| | |
|---|---|
| ARAMARK UNIFORM & CAREET APPAREAL<br>115 N. FIRST ST.<br>BURBANK, CA  91502 | CAROLINA MATERIAL HANDLING SERVICES INC.<br>2209 PATTERSON CT<br>GREENSBORO, NC  27407 |
| CENVEO WORLDWIDE LIMITED<br>ATTN:  CHIEF FINANCIAL OFFICER<br>200 FIRST STAMPEDE PL, 2ND FL<br>STAMFORD, CT  06902 | CITISTAFF SOLUTIONS INC<br>1111 W TOWN & COUNTRY RD, STE 27<br>ORANGE, CA  92868 |
| COMCAST BUSINESS SERVICES<br>PO BOX 3001<br>SOUTHEASTERN, PA  19398-3001 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA  19087 |
| FIRST STEP STAFFING<br>1952 E ALLEGHENY AVE, STE 500<br>PHILAEDELPHIA, PA  19134 | HUDSON ENERGY SERVICES LLC<br>ATTN: CUSTOMER SERVICE MGR<br>105 DECKER CT, STE 1050<br>IRVING, TX 75062 |
| ITRADENETWORK, INC.<br>4160 DUBLIN BLVD., SUITE 300<br>DUBLIN, CA  94568 | J.J. KELLER & ASSOCIATES<br>3003 W. BREEZEWOOD LANE<br>PO BOX 368<br>NEENAH, WI  54957. |
| KONICA MINOLTA (WELLS FARGO VENDOR FINANCING)<br>5500 MARSHALL PHELPS RD<br>WINDSOR, CT  06095 | KONICA MINOLTA<br>DEPT AT 952823<br>ATLANTA, GA  31192 |
| KONICA MINOLTA PREMIER FINANCE<br>C/O KONICA MINOLTA<br>DEPT AT 952823<br>ATLANTA, GA  31192 | METAFILE INFORMATION SYSTEMS, INC.<br>3428 LAKERIDGE PLACE NW<br>ROCHESTER, MN  55901 |
| MHC TRUCK LEASING INC<br>PO BOX 879269<br>KANSAS CITY, MO  64187-9269 | STREAMLINE OFFICE SOLUTIONS<br>3811 CABOOSE PLACE<br>SANFORD, FL  32771 |
| SUNBELT MATERIAL HANDLING<br>1617 TERRE COLONY COURT<br>DALLAS, TX  75212 | TIAA BANK<br>1 FINANCIAL PLAZA, SUITE 1960<br>HARTFORD, CT  06103 |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE<br>PO BOX 660926<br>DALLAS, TX  75266-0926 | TRANSPORTATION MANAGEMENT SOLUTIONS, INC.<br>18450 PINES BLVD, SUITE 203<br>PEMBROKE PINES, FL  33029. |

| | |
|---|---|
| TXU ENERGY RETAIL COMPANY LLC<br>ATTN:  RETAIL CONTRACT ADMINISTRATION<br>6555 SIERRA DR, 1-W-1<br>IRVING, TX  75039 | WELLS FARGO BANK NA<br>C/O WELLS FARGO EQUIPMENT FINANCE<br>MANUFACTURER SERVICES GROUP<br>300 TRI-STATE INTERNATIONAL, STE 400<br>LINCOLNSHIRE, IL  60069 |
| WELLS FARGO EQUIPMENT FINANCE<br>MANUFACTURER SERVICES GROUP<br>300 TRI-STATE INTERNATIONAL, STE 400<br>LINCOLNSHIRE, IL  60069 | VISTA WOODLANDS PARTNERS LTD<br>C/O VISTA MANAGEMENT COMPANY<br>ATTN:  PRESIDENT<br>1117 ELDRIDGE PKWY<br>HOUSTON, TX  77077 |