# EXHIBIT 1

## Rejected Agreements

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL LLC | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC); SUN RICH | SUPPLY AGREEMENT | ARAMARK AGREEMENT 5/11/2020 | 5/11/2020 |
| CAROLINA MATERIAL HANDLING SERVICES, INC. (CMH) | COUNTRY FRESH | SERVICE AGREEMENT | PLANNED MAINTENANCE AGREEMENT (GRAY COURT) | 1/26/2018 |
| CENVEO WORLDWIDE LIMITED | COUNTRY FRESH LLC | SUPPLY AGREEMENT | CENVEO SUPPLY AGREEMENT - COUNTRY FRESH | 6/1/2019 |
| CITISTAFF SOLUTIONS INC | SUN RICH FRESH FOODS (USA), INC. | STAFFING AGREEMENT | CITSTAFF SOLUTIONS STAFFING AGREEMENT | 10/14/2020 |
| COMCAST BUSINESS SERVICES | COUNTRY FRESH LLC | SERVICE AGREEMENT | COMCAST ID # 18672873 | 3/5/2018 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | FORKLIFT LEASE | 2/14/2018 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | FORKLIFT LEASE | 3/29/2018 |
| FIRST STEP STAFFING | COUNTRY FRESH PENNSYLVANIA, LLC | STAFFING AGREEMENT | ON TIME (FIRST STEP) STAFFING SERVICES AGREEMENT HATFIELD | 7/13/2015 |
| HUDSON ENERGY SERVICES LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | HUDSON ENERGY HATFIELD AGREEMENT | 2/18/2020 |
| ITRADENETWORK, INC. | COUNTRY FRESH INC. / SUN RICH FRESH FOODS INC. | SERVICE AGREEMENT | NETWORK SOLUTIONS AND SERVICE AGREEMENT | 2/14/2014 |

3089362

8

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| | | | TOGETHER WITH ADDENDUMS | |
| J.J. KELLER & ASSOCIATES | COUNTRY FRESH INC | SERVICE AGREEMENT | MANAGED SERVICES AGREEMENT FOR DRIVER DATASENSE PLUS SE | 2/27/2018 |
| KONICA MINOLTA | COUNTRY FRESH LLC | EQUIPMENT LEASE | MASTER PREMIER ADVANTAGE AGREEMENT | 10/19/2019 |
| KONICA MINOLTA (WELLS FARGO VENDOR FINANCING)] | COUNTRY FRESH LLC | EQUIPMENT LEASE | COPIER LEASE AGREEMENT: CUST # 3691167356 | VARIOUS |
| KONICA MINOLTA PREMIER FINANCE | COUNTRY FRESH LLC | EQUIPMENT LEASE | COPIER LEASE (MODELS 364E-A61F011022687 & 346E-A61F011022200) | VARIOUS |
| METAFILE INFORMATION SYSTEMS, INC. | COUNTRY FRESH LLC | SERVICE AGREEMENT | METAVIEWER SOFTWARE SOLUTIONS CONTRACT | 7/28/2020 |
| MHC TRUCK LEASING INC | COUNTRY FRESH TRANSPORTATION LLC | EQUIPMENT LEASE | MHC TRUCK (PACLEASE) AGREEMENT | 11/30/2018 |
| STREAMLINE OFFICE SOLUTIONS | COUNTRY FRESH ORLANDO LLC | EQUIPMENT LEASE | COPIER RENTAL AGREEMENT | 5/10/2018 |
| STREAMLINE OFFICE SOLUTIONS | COUNTRY FRESH INC. | EQUIPMENT LEASE | LEASE FOR RICOH MP5055 AND RICOH SP5210 | 5/10/2018 |
| SUNBELT MATERIAL HANDLING | COUNTRY FRESH PRODUCE | EQUIPMENT LEASE | GRAND PRAIRIE FORKLIFT LEASE | |
| TIAA BANK | COUNTRY FRESH, INC. | EQUIPMENT LEASE | TIAA COMMERCIAL FINANCE CONTRACT # 20348750 | 2/11/2021 |
| TOYOTA INDUSTRIES | COUNTRY FRESH LLC | EQUIPMENT LEASE | 4 TOYOTA FORKLIFTS ACCT. #'S: | VARIOUS |

3089362                                                                                          9

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| COMMERCIAL FINANCE | | | 10391965, 10436386, 10442448, 10450355 | |
| TRANSPORTATION MANAGEMENT SOLUTIONS, INC. | COUNTRY FRESH LLC | SERVICE AGREEMENT | SOFTWARE SUBSCRIPTION AGREEMENT | 8/1/2019 |
| TXU ENERGY RETAIL COMPANY LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | TXU ENERGY AGREEMENT | 6/24/2020 |
| WELLS FARGO BANK NA | COUNTRY FRESH LLC | EQUIPMENT LEASE | WELLS FARGO EQUIPMENT FINANCE - FORKLIFT LEASE SOUTH CAROLINA | 7/30/2018 |
| WELLS FARGO EQUIPMENT FINANCE, MANUFACTURER SERVICES GROUP | COUNTRY FRESH LLC | EQUIPMENT LEASE | LEASE AGREEMENT # 301-0358591 | 5/28/2018 |

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| VISTA WOODLANDS PARTNERS LTD | COUNTRY FRESH LLC | LEASE | COUNTRY FRESH - WOODLANDS OFFICE LEASE TOGETHER WITH ALL AMENDMENTS | 12/22/2017 |