

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**CAREY D. SCHREIBER**
(212) 294-3547
CSchreiber@winston.com

July 23, 2021

**VIA ELECTRONIC MAIL**

Janet S. Casciato-Northrup, Chapter 7 Trustee of the Debtors
Hughes Watters Askanase LLP
1201 Louisiana Street, Suite 2800
Total Plaza
Houston, Texas 77002
Email:  jasn@hwa.com

Country Fresh Holding Company Inc.
3200 Research Forest Drive, Suite A5
The Woodlands, TX 77381
Attention:  William Anderson
Email:  William.anderson@freshfoodgroup.com; William.andersen@ffgtransition.onmicrosoft.com

Re:   Notice of Exercise of Designation Rights

Dear Ms. Northrup and Mr. Anderson:

As you are aware, we are counsel to Stellex/CF Buyer (US) LLC (the "Buyer"), the purchaser of the Assets under that certain Asset Purchase Agreement, dated as of April 29, 2021, by and between the Sellers and the Buyer (as may be amended, supplemented or otherwise modified from time to time in accordance with its terms, together with all exhibits and schedules thereto, the "APA").[1]

Reference is made to that certain *Order Authorizing Country Fresh Holdings Company Inc. and its Affiliated Debtors to (I) Sell Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing and Approving the Debtors' Performance Under the APA, (III) Authorizing and Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts, Unexpired Leases, and Permits Related Thereto, and (IV) Granting Related Relief* [Docket No. 437] (as may be amended, supplemented, or otherwise modified from time to time, the "Sale Order").

In accordance with the Buyer's rights under Section 2.6 and Section 2.7 of the APA and the Sale Order, the Buyer hereby designates (1) each Contract set forth on Schedule 1 attached hereto as an Excluded Contract, Excluded Asset, and Excluded Liability and (2) each Lease set forth on Schedule 2 attached hereto as an Excluded Lease, Excluded Asset, and Excluded Liability.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings set forth in the APA or the Sale Order, as applicable.

EXHIBIT 2



July 23, 2021
Page 2

Accordingly, the Buyer has no objection to the Sellers rejecting the Excluded Contracts and Excluded Leases set forth on Schedules 1-2 attached hereto.  If the Sellers move to reject such Excluded Contracts and Excluded Leases, the Buyer takes no position with respect to any such motion.  In no circumstance will the Buyer be liable in any fashion with respect to such Excluded Contracts and Excluded Leases.

For the avoidance of doubt, nothing herein shall limit any rights the Buyer has with respect to Contracts, Leases, Insurance Policies, and Permits not listed on Schedules 1-2 attached hereto, including, but not limited to, the right to designate such Contracts, Leases, Insurance Policies, and Permits as either (1) Desired Contracts, Desired Leases, Desired Insurance Policies, or Desired Permits, or (2) Excluded Contracts, Excluded Leases, Excluded Insurance Policies, or Excluded Permits, at a later date in accordance with the APA, the Sale Order, or any other order of the Bankruptcy Court.  The Buyer shall not be liable in any fashion with respect to such Contracts, Leases, Insurance Policies, and Permits other than as expressly set forth in the APA, the Sale Order, or the Transition Services Agreement.

In accordance with the Sale Order, including paragraph 24 thereof, within two (2) Business Days after the chapter 7 trustee (the "Trustee") receives this notice, the Trustee, on behalf of the Debtors, shall file a notice on the docket and provide notice to the counterparty to each Excluded Contract and Excluded Lease, and its counsel, if known, of the intent to reject such Excluded Contract and Excluded Lease, as applicable, which notice shall include, among other things, a deadline of no less than ten (10) Business Days from the date of service of such notice to object to the rejection of such Excluded Contract or Excluded Lease.

Very truly yours,

Carey D. Schreiber

cc: via Electronic Mail:

Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Attention:  Eunice Song and John Melko
Email:  esong@foley.com; jmelko@foley.com

Stellex CF/Buyer (US) LLC
c/o Stellex Capital Management LLC
900 Third Avenue, 25th Floor
New York, NY 10022
Attention:  Trey Lee
Email:  tlee@stellexcapital.com

EXHIBIT 2



Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Attn:  Jennifer C. Kurtis
Email:  jkurtis@winston.com

Counsel to Chapter 7 Trustee of the Debtors
Hughes Watters Askanase LLP
1201 Louisiana Street, Suite 2800
Total Plaza
Houston, Texas 77002
Attention:  Wayne Kitchens and Heather McIntyre
Email:  jwk@hwallp.com; HMcIntyre@hwallp.com

EXHIBIT 2



July 23, 2021
Page 4

## Schedule 1

## Excluded Contracts

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL LLC | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC); SUN RICH | SUPPLY AGREEMENT | ARAMARK AGREEMENT 5/11/2020 | 5/11/2020 |
| CAROLINA MATERIAL HANDLING SERVICES, INC. (CMH) | COUNTRY FRESH | SERVICE AGREEMENT | PLANNED MAINTENANCE AGREEMENT (GRAY COURT) | 1/26/2018 |
| CENVEO WORLDWIDE LIMITED | COUNTRY FRESH LLC | SUPPLY AGREEMENT | CENVEO SUPPLY AGREEMENT - COUNTRY FRESH | 6/1/2019 |
| CITISTAFF SOLUTIONS INC | SUN RICH FRESH FOODS (USA), INC. | STAFFING AGREEMENT | CITSTAFF SOLUTIONS STAFFING AGREEMENT | 10/14/2020 |
| COMCAST BUSINESS SERVICES | COUNTRY FRESH LLC | SERVICE AGREEMENT | COMCAST ID # 18672873 | 3/5/2018 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | FORKLIFT LEASE | 2/14/2018 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | FORKLIFT LEASE | 3/29/2018 |
| FIRST STEP STAFFING | COUNTRY FRESH PENNSYLVANIA, LLC | STAFFING AGREEMENT | ON TIME (FIRST STEP) STAFFING SERVICES AGREEMENT HATFIELD | 7/13/2015 |
| HUDSON ENERGY SERVICES LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | HUDSON ENERGY HATFIELD AGREEMENT | 2/18/2020 |
| ITRADENETWORK, INC. | COUNTRY FRESH INC. / SUN RICH FRESH FOODS INC. | SERVICE AGREEMENT | NETWORK SOLUTIONS AND SERVICE AGREEMENT TOGETHER WITH ADDENDUMS | 2/14/2014 |
| J.J. KELLER & ASSOCIATES | COUNTRY FRESH INC | SERVICE AGREEMENT | MANAGED SERVICES AGREEMENT FOR DRIVER DATASENSE PLUS SE | 2/27/2018 |

EXHIBIT 2



July 23, 2021
Page 5

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| KONICA MINOLTA | COUNTRY FRESH LLC | EQUIPMENT LEASE | MASTER PREMIER ADVANTAGE AGREEMENT | 10/19/2019 |
| KONICA MINOLTA (WELLS FARGO VENDOR FINANCING)] | COUNTRY FRESH LLC | EQUIPMENT LEASE | COPIER LEASE AGREEMENT: CUST # 3691167356 | VARIOUS |
| KONICA MINOLTA PREMIER FINANCE | COUNTRY FRESH LLC | EQUIPMENT LEASE | COPIER LEASE (MODELS 364E-A61F011022687 & 346E-A61F011022200) | VARIOUS |
| METAFILE INFORMATION SYSTEMS, INC. | COUNTRY FRESH LLC | SERVICE AGREEMENT | METAVIEWER SOFTWARE SOLUTIONS CONTRACT | 7/28/2020 |
| MHC TRUCK LEASING INC | COUNTRY FRESH TRANSPORTATION LLC | EQUIPMENT LEASE | MHC TRUCK (PACLEASE) AGREEMENT | 11/30/2018 |
| STREAMLINE OFFICE SOLUTIONS | COUNTRY FRESH ORLANDO LLC | EQUIPMENT LEASE | COPIER RENTAL AGREEMENT | 5/10/2018 |
| STREAMLINE OFFICE SOLUTIONS | COUNTRY FRESH INC. | EQUIPMENT LEASE | LEASE FOR RICOH MP5055 AND RICOH SP5210 | 5/10/2018 |
| SUNBELT MATERIAL HANDLING | COUNTRY FRESH PRODUCE | EQUIPMENT LEASE | GRAND PRAIRIE FORKLIFT LEASE | |
| TIAA BANK | COUNTRY FRESH, INC. | EQUIPMENT LEASE | TIAA COMMERCIAL FINANCE CONTRACT # 20348750 | 2/11/2021 |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE | COUNTRY FRESH LLC | EQUIPMENT LEASE | 4 TOYOTA FORKLIFTS ACCT. #'S: 10391965, 10436386, 10442448, 10450355 | VARIOUS |
| TRANSPORTATION MANAGEMENT SOLUTIONS, INC. | COUNTRY FRESH LLC | SERVICE AGREEMENT | SOFTWARE SUBSCRIPTION AGREEMENT | 8/1/2019 |
| TXU ENERGY RETAIL COMPANY LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | TXU ENERGY AGREEMENT | 6/24/2020 |
| WELLS FARGO BANK NA | COUNTRY FRESH LLC | EQUIPMENT LEASE | WELLS FARGO EQUIPMENT FINANCE - FORKLIFT LEASE SOUTH CAROLINA | 7/30/2018 |
| WELLS FARGO EQUIPMENT FINANCE, | COUNTRY FRESH LLC | EQUIPMENT LEASE | LEASE AGREEMENT # 301-0358591 | 5/28/2018 |

EXHIBIT 2



July 23, 2021
Page 6

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| MANUFACTURER SERVICES GROUP | | | | |

EXHIBIT 2



## Schedule 2

## Excluded Leases

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| VISTA WOODLANDS PARTNERS LTD | COUNTRY FRESH LLC | LEASE | COUNTRY FRESH - WOODLANDS OFFICE LEASE TOGETHER WITH ALL AMENDMENTS | 12/22/2017 |

EXHIBIT 2