IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> **COUNTRY FRESH HOLDING** § <br> **COMPANY, INC.**, *et. al.*[1] §     Case No.: 21-30574 <br> § <br> **Debtors.** § <br> §     Jointly Administered | |

**ORDER GRANTING TRUSTEE'S SECOND *EXPEDITED* MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
[Related to Docket No. _____]

On this day came on to be considered the *Trustee's Second Expedited Motion to Reject Executory Contracts and Unexpired Leases* (the "**Motion**") by Janet Northrup, Chapter 7 Trustee of the bankruptcy estate of Country Fresh Holding Company, Inc., *et. al.* (the "**Trustee**"). The Court having considered the Motion is of the opinion that all due and proper service and notice of the Motion has been provided and that it should be granted in all respects; it is therefore

**ORDERED** that the executory contracts and unexpired leases set forth in **Exhibit 1** attached hereto are hereby rejected as of the date of entry of this Order to the extent not already rejected. It is further

**ORDERED** that any parties to an agreement listed on **Exhibit 1** attached hereto are required to file any claim for rejection damages within thirty (30) days of the date this Order is signed. It is further

---

[1] The Debtors in these Chapter 7 cases and the last four digits of each Debtors' taxpayer identification number are as follows: Country Fresh Holding Company Inc. (7822); Country Fresh Midco Corp. (0702); Country Fresh Acquisition Corp. (5936); Country Fresh Holdings, LLC (7551); Country Fresh LLC (1258); Country Fresh Dallas, LLC (7237); Country Fresh Carolina, LLC (8026); Country Fresh Midwest, LLC (0065); Country Fresh Orlando, LLC (7876); Country Fresh Transportation LLC (8244) CF Products, LLC (8404) Country Fresh Manufacturing, LLC (7839); Champlain Valley Specialty of New York, Inc. (9030); Country Fresh Pennsylvania, LLC (7969); Sun Rich Fresh Foods (NV) Inc. (5526); Sun Rich Fresh Foods (USA) Inc. (0429); and Sun Rich Fresh Foods (PA) Inc. (4661). The Debtors' principal place of business is 3200 Research Forest Drive, Suite A5, The Woodlands, TX, 77381.

**ORDERED** that this Order does not enlarge the time for any previous Court-ordered deadlines. Is if further

**ORDERED** that to the extent applicable Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry. It is further

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases.

SIGNED _____, 2021.

_____
THE HONORABLE MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

## Rejected Agreements

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| ARAMARK UNIFORM & CAREER APPAREL LLC | FRESH FOOD GROUP (D/B/A COUNTRY FRESH INC); SUN RICH | SUPPLY AGREEMENT | ARAMARK AGREEMENT 5/11/2020 | 5/11/2020 |
| CAROLINA MATERIAL HANDLING SERVICES, INC. (CMH) | COUNTRY FRESH | SERVICE AGREEMENT | PLANNED MAINTENANCE AGREEMENT (GRAY COURT) | 1/26/2018 |
| CENVEO WORLDWIDE LIMITED | COUNTRY FRESH LLC | SUPPLY AGREEMENT | CENVEO SUPPLY AGREEMENT - COUNTRY FRESH | 6/1/2019 |
| CITISTAFF SOLUTIONS INC | SUN RICH FRESH FOODS (USA), INC. | STAFFING AGREEMENT | CITSTAFF SOLUTIONS STAFFING AGREEMENT | 10/14/2020 |
| COMCAST BUSINESS SERVICES | COUNTRY FRESH LLC | SERVICE AGREEMENT | COMCAST ID # 18672873 | 3/5/2018 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | FORKLIFT LEASE | 2/14/2018 |
| DE LAGE LANDEN FINANCIAL SERVICES INC | HERR HOLDINGS - CFP LTD (D/B/A COUNTRY FRESH PRODUCE) | EQUIPMENT LEASE | FORKLIFT LEASE | 3/29/2018 |
| FIRST STEP STAFFING | COUNTRY FRESH PENNSYLVANIA, LLC | STAFFING AGREEMENT | ON TIME (FIRST STEP) STAFFING SERVICES AGREEMENT HATFIELD | 7/13/2015 |
| HUDSON ENERGY SERVICES LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | HUDSON ENERGY HATFIELD AGREEMENT | 2/18/2020 |
| ITRADENETWORK, INC. | COUNTRY FRESH INC. / SUN RICH FRESH FOODS INC. | SERVICE AGREEMENT | NETWORK SOLUTIONS AND SERVICE AGREEMENT | 2/14/2014 |

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| | | | TOGETHER WITH ADDENDUMS | |
| J.J. KELLER & ASSOCIATES | COUNTRY FRESH INC | SERVICE AGREEMENT | MANAGED SERVICES AGREEMENT FOR DRIVER DATASENSE PLUS SE | 2/27/2018 |
| KONICA MINOLTA | COUNTRY FRESH LLC | EQUIPMENT LEASE | MASTER PREMIER ADVANTAGE AGREEMENT | 10/19/2019 |
| KONICA MINOLTA (WELLS FARGO VENDOR FINANCING)] | COUNTRY FRESH LLC | EQUIPMENT LEASE | COPIER LEASE AGREEMENT: CUST # 3691167356 | VARIOUS |
| KONICA MINOLTA PREMIER FINANCE | COUNTRY FRESH LLC | EQUIPMENT LEASE | COPIER LEASE (MODELS 364E-A61F011022687 & 346E-A61F011022200) | VARIOUS |
| METAFILE INFORMATION SYSTEMS, INC. | COUNTRY FRESH LLC | SERVICE AGREEMENT | METAVIEWER SOFTWARE SOLUTIONS CONTRACT | 7/28/2020 |
| MHC TRUCK LEASING INC | COUNTRY FRESH TRANSPORTATION LLC | EQUIPMENT LEASE | MHC TRUCK (PACLEASE) AGREEMENT | 11/30/2018 |
| STREAMLINE OFFICE SOLUTIONS | COUNTRY FRESH ORLANDO LLC | EQUIPMENT LEASE | COPIER RENTAL AGREEMENT | 5/10/2018 |
| STREAMLINE OFFICE SOLUTIONS | COUNTRY FRESH INC. | EQUIPMENT LEASE | LEASE FOR RICOH MP5055 AND RICOH SP5210 | 5/10/2018 |
| SUNBELT MATERIAL HANDLING | COUNTRY FRESH PRODUCE | EQUIPMENT LEASE | GRAND PRAIRIE FORKLIFT LEASE | |
| TIAA BANK | COUNTRY FRESH, INC. | EQUIPMENT LEASE | TIAA COMMERCIAL FINANCE CONTRACT # 20348750 | 2/11/2021 |
| TOYOTA INDUSTRIES | COUNTRY FRESH LLC | EQUIPMENT LEASE | 4 TOYOTA FORKLIFTS | VARIOUS |

3089362                                                                                                     2

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| COMMERCIAL FINANCE | | | ACCT. #'S: 10391965, 10436386, 10442448, 10450355 | |
| TRANSPORTATION MANAGEMENT SOLUTIONS, INC. | COUNTRY FRESH LLC | SERVICE AGREEMENT | SOFTWARE SUBSCRIPTION AGREEMENT | 8/1/2019 |
| TXU ENERGY RETAIL COMPANY LLC | COUNTRY FRESH LLC | UTILITY AGREEMENT | TXU ENERGY AGREEMENT | 6/24/2020 |
| WELLS FARGO BANK NA | COUNTRY FRESH LLC | EQUIPMENT LEASE | WELLS FARGO EQUIPMENT FINANCE - FORKLIFT LEASE SOUTH CAROLINA | 7/30/2018 |
| WELLS FARGO EQUIPMENT FINANCE, MANUFACTURER SERVICES GROUP | COUNTRY FRESH LLC | EQUIPMENT LEASE | LEASE AGREEMENT # 301-0358591 | 5/28/2018 |

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE |
|---|---|---|---|---|
| VISTA WOODLANDS PARTNERS LTD | COUNTRY FRESH LLC | LEASE | COUNTRY FRESH - WOODLANDS OFFICE LEASE TOGETHER WITH ALL AMENDMENTS | 12/22/2017 |