**Exhibit 1**

(Proposed Assumed Leases)

| COUNTERPARTY | DEBTOR ENTITY | CONTRACT TYPE | DESCRIPTION | CONTRACT DATE | ASSUME AS AMENDED | CURE AMOUNT |
|---|---|---|---|---|---|---|
| BREIT INDUSTRIAL HS PROPERTY | COUNTRY FRESH ORLANDO, LLC | LEASE | BREIT INDUSTRIAL LEASE TOGETHER WITH ALL AMENDMENTS | 6/1/2017 | | $0.00 |
| COLFIN 2015-2 INDUSTRIAL OWNER LLC | COUNTRY FRESH HOLDING COMPANY, INC. | LEASE | COLFIN - GRAND PRAIRIE LEASE TOGETHER WITH ALL AMENDMENTS | 3/1/2020 | | $0.00 |
| CORONA INDUSTRIAL LLC | SUN RICH FRESH FOODS (USA), INC. | LEASE | CORONA INDUSTRIAL LEASE TOGETHER WITH ALL AMENNDMENTS | 12/1/2020 | | $0.00 |
| COUNTY OF OSWEGO INDUSTRIAL DEVELOPMENT AGENCY | CHAMPLAIN VALLEY SPECIALTY OF NEW YORK, INC. | | PAYMENT IN LIEU OF TAXES AGREEMENT | 2/1/2020 | YES | $0.00 |
| COUNTY OF OSWEGO INDUSTRIAL DEVELOPMENT AGENCY | CHAMPLAIN VALLEY SPECIALTY OF NEW YORK, INC. | LEASE | AMENDED AND RESTAED COMPANY LEASE AGREEMENT | 2/1/2020 | YES | $0.00 |
| HYG FINANCIAL SERVICES, INC | COUNTRY FRESH LLC | EQUIPMENT LEASE | MASTER LEASE AGREEMENT # 9411387 | 4/5/2019 | | $0.00 |
| MARLIN CAPITAL SOLUTIONS | COUNTRY FRESH LLC | EQUIPMENT LEASE | EQUIPMENT FINANCE AGREEMENT # 1358640, 1357173 | 5/30/2019 | | $0.00 |
| PINNACLE CENTER 1, LLC | COUNTRY FRESH HOLDINGS, LLC | LEASE | PINNACLE CENTER 1 LEASE AGREEMENT TOGETHER WITH ALL AMENDMENTS | 9/19/2019 | | $0.00 |
| RAYMOND LEASING CORPORATION | COUNTRY FRESH PENNSYLVANIA, LLC | EQUIPMENT LEASE | WAREHOUSE EQUIPMENT LEASE AGREEMENT | UNKNOWN | | $0.00 |
| RAYMOND LEASING CORPORATION: ARBOR MATERIAL HANDLING, INC. (PART OF RAYMOND LEASING CORPORATION) | COUNTRY FRESH LLC | EQUIPMENT LEASE | COMPREHENSIVE FIXED PRICE MAINTENANCE AGREEMENT | 9/25/2019 | | $0.00 |
| RAYMOND LEASING CORPORATION: ARBOR MATERIAL HANDLING, INC. (PART OF RAYMOND LEASING CORPORATION) | COUNTRY FRESH PENNSYLVANIA, LLC | EQUIPMENT LEASE | AGREEMENT #353241(ADDITIONAL SCHEDULE UNDER RAYMOND L | 1/6/2020 | | $0.00 |
| RAYMOND LEASING CORPORATION: ARBOR MATERIAL HANDLING, INC. (PART OF RAYMOND LEASING CORPORATION) | COUNTRY FRESH PENNSYLVANIA, LLC | EQUIPMENT LEASE | AGREEMENT #353242 (ADDITIONAL SCHEDULE UNDER RAYMOND | 1/6/2020 | | $0.00 |
| RAYMOND LEASING CORPORATION: ARBOR MATERIAL HANDLING, INC. (PART OF RAYMOND LEASING CORPORATION) | COUNTRY FRESH PENNSYLVANIA, LLC | EQUIPMENT LEASE | AGREEMENT #353243 (ADDITIONAL SCHEDULE UNDER RAYMOND | 1/6/2020 | | $0.00 |
| VICTORY PACKAGING, L.P. | COUNTRY FRESH, LLC | SUPPLY AGREEMENT | SUPPLY AGREEMENT | 9/6/2018 | YES | $0.00 |
| WAL-MART STORES INC | COUNTRY FRESH HOLDINGS LLC | SUPPLY AGREEMENT | WALMART SUPPLIER AGREEMENT | 2/19/17 | | $0.00 |