United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 10, 2021
Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **COUNTRY FRESH HOLDING** | § | |
| **COMPANY, INC.,** *et. al.*[1] | § | |
| | § | **Case No.:  21-30574** |
| | § | |
| **Debtors.** | § | |
| | § | **Jointly Administered** |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S *EXPEDITED* MOTION TO ESTABLISH ADMINISTRATIVE EXPENSE BAR DATE FOR 11 U.S.C. § 503(b) <u>CLAIMS ARISING BEFORE JUNE 21, 2021</u>
(Related to Docket No. 787)

On this day came on to be considered the *Chapter 7 Trustee's Expedited Motion To Establish Administrative Expense Bar Date For 11 U.S.C. § 503(b) Claims Arising Before June 21, 2021* (the "**Motion**") by Janet Northrup, Chapter 7 Trustee of the bankruptcy estate of Country Fresh Holding Company, Inc. ("**Trustee**").  The Court Orders:

1. September 10, 2021 (the "**Administrative Expense Bar Date**") is the deadline for filing applications to approve an administrative expense pursuant to 11 U.S.C. § 503(b) for such claims alleged to have been incurred during the time period between the petition date (February 15, 2021) and the conversion date (June 21, 2021).

2. Any holder of an alleged administrative expense under 11 U.S.C. § 503(b) that was incurred prior to June 21, 2021 who fails to file an application for approval of such claim with the Court by the Administrative Expense Bar Date shall be barred, estopped, and enjoined from asserting such claim.

---

[1] The Debtors in these Chapter 7 cases and the last four digits of each Debtors' taxpayer identification number are as follows: Country Fresh Holding Company Inc. (7822); Country Fresh Midco Corp. (0702); Country Fresh Acquisition Corp. (5936); Country Fresh Holdings, LLC (7551); Country Fresh LLC (1258); Country Fresh Dallas, LLC (7237); Country Fresh Carolina, LLC (8026); Country Fresh Midwest, LLC (0065); Country Fresh Orlando, LLC (7876); Country Fresh Transportation LLC (8244) CF Products, LLC (8404) Country Fresh Manufacturing, LLC (7839); Champlain Valley Specialty of New York, Inc. (9030); Country Fresh Pennsylvania, LLC (7969); Sun Rich Fresh Foods (NV) Inc. (5526); Sun Rich Fresh Foods (USA) Inc. (0429); and Sun Rich Fresh Foods (PA) Inc. (4661). The Debtors' principal place of business is 3200 Research Forest Drive, Suite A5, The Woodlands, TX, 77381.

3. Notwithstanding any contrary provision of this order, no governmental unit shall be required to file a request for the payment of an expense described in 11 U.S.C. § 503(b)(1)(B) or (C) as a condition of it being an allowed administrative expense.

4. The Trustee shall serve this Order on all known creditors and parties in interest who may assert an administrative expense claim.

Signed: August 10, 2021

_____
Marvin Isgur
United States Bankruptcy Judge