IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| COUNTRY FRESH HOLDING COMPANY | § | CASE NO. 21-30574 |
| INC., et. al., | § | |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |

**BOXLEY GROUP LLC'S APPLICATION FOR PAYMENT OF
ADMINISTRATIVE CLAIM FOR POST-PETITION TRANSITION SERVICES
[RELATED TO DOCKET NO. 787]**

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE APPLICANT PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE APPLICANT CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE APPLICANT. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND DECIDE THE APPLICATION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Boxley Group, LLC, ("Applicant" or "Boxley Group"), the company providing financial/consulting services for debtor's transition services team managing the Debtors' estate, and files this its Application Pursuant to Section 503(b) of Title 11 of the United States Code for an entry of an order directing the Trustee's payment of Applicant's administrative claim for post-petition consulting services in the amount of $68,071.21. In support thereof, Applicant would

1

respectfully show unto this Honorable Court as follows:

## I.
## BACKGROUND

1. Applicant is a consulting company offering financial consulting services, which in this case constituted financial transition services for the Debtors after the Debtors filed for Chapter 11 bankruptcy. Boxley Group consultants provided services to the Transition Services Agreement Team of the "Fresh Food Group." A true and correct copy of the Boxley Group weekly summaries of the services rendered to the Transition Services Agreement Team is attached hereto as **Exhibit A**. A true and correct copy of the Boxley Group invoices for the services rendered to the Transition Services Agreement Team is attached hereto as **Exhibit B**. Also included is a string of emails regarding Boxley Group's Invoices sent to the Trustee and attached hereto as **Exhibit C**.

2. Specifically, Robert Gilbert of Boxley Group performed CFO level services to Debtors.

3. Lee Knape, a senior financial consultant with Boxley Group, performed controller level accounting work to support the Transition Services Agreement Team. Mr. Knape served as the controller of the Transition Services Agreement Team and reported directly to the "Fresh Food Group" CEO and President Bill Andersen. A true and correct copy of the organizational chart of the Fresh Food Group Transition Services Team is attached hereto as **Exhibit D**.

4. For the period beginning on 05/10/21 and ending on 05/23/21, Boxley Group rendered services in the amount of $9,982.50. (Invoice No 4131, Exhibit B).

5. For the period ending on 05/30/21, Boxley Group rendered services in the amount of

$10,882.50. (Invoice No 4140, Exhibit B).

6. For the period ending on 06/06/21, Boxley Group rendered services in the amount of $9,825.00. (Invoice No 4145, Exhibit B).

7. For the period ending on 06/13/21, Boxley Group rendered services in the amount of $9,915.00. (Invoice No 4156, Exhibit B).

8. For the period ending on 06/20/21, Boxley Group rendered services in the amount of $9,285.00. (Invoice No 4167, Exhibit B).

9. For the period ending on 06/27/21, Boxley Group rendered services in the amount of $10,103.71. (Invoice No 4180, Exhibit B).

10. For the period ending on 07/01/21, Boxley Group rendered services in the amount of $5,272.50. (Invoice No 4190, Exhibit B).

11. For the period ending on 07/06/21, Boxley Group rendered services in the amount of $1,897.50.  (Invoice No 4191, Exhibit B)

12. For the period ending on 07/11/21, Boxley Group rendered services in the amount of $907.50. (Invoice No 4214, Exhibit B)

13. The Boxley Group weekly summaries set forth attached to **Exhibit A** identify the consultants doing the work for the Transition Services Team, their weekly accomplishments, their planned tasks and their identified obstacles. The work started on May 10, 2021. Country Fresh Holding Company, Inc., filed for Chapter 11 bankruptcy on February 15, 2021, and the matter was converted to a Chapter 7 petition on June 21, 2021.

## II.
## REQUESTED RELIEF

14. Section 503(b) of the Bankruptcy Code provides for the allowance of an administrative expense priority for "the actual, necessary costs and expenses of preserving the estate."

15. Section 503(b)(1)(A)(i) of the Bankruptcy Code provides for the allowance of an administrative expense priority for "wages, salaries, and commissions for services rendered after the commencement of the case."

16. Applicant requests that the Court enter an Order allowing the post-petition administrative expense priority under Section 503(b) of the Bankruptcy Code in the total amount of $68,071.21, and authorizing the Chapter 7 Trustee to pay the balance of the Applicant's administrative claim at such time as distributions are made to other administrative creditors, and in accordance with the priorities under the Bankruptcy Code.

## III.
## CONCLUSION AND PRAYER

Wherefore, Boxley Group, LLC respectfully requests that the Court enter an order allowing its post-petition administrative expense claim in the amount of $68,071.21, and authorizing the Chapter 7 Trustee to pay the balance of the Applicant's administrative claim at such time as distributions are made to other administrative creditors and in accordance with the priorities under the Bankruptcy Code, and for all other relief, at law and in equity, to which Boxley Group, LLC may be entitled.

Respectfully submitted,

DABNEY PAPPAS

/s/ Gus E. Pappas
Gus E. Pappas
State Bar No. 15454850
1776 Yorktown, Suite 425
Houston, Texas 77056
713-621-2678 Telephone
713-621-0074 Facsimile

**ATTORNEY FOR BOXLEY GROUP, LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing MOTION FOR PAYMENT OF ADMINISTRATIVE CLAIM FOR POST-PETITION TRANITION SERVICES has been electronically filed in this case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system and was served upon all parties *via* the Court's electronic case filing system (ECF) on this the 20th day of August, 2021.

/s/ Gus E. Pappas
Gus E. Pappas