Exhibit C

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

------------------------------X

| | | |
|---|---|---|
| In re | : | Case No. 21-30574 |
| Country Fresh Holding Company, Inc., et al[1] | : | Jointly Administered |
| Debtor(s). | : | |
| | : | |

------------------------------X

**ORDER GRANTING SILCHUK LOGISTICS LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF SECTION 503(b)(1) ADMINISTRATIVE CLAIM**

**(Related to Docket No. _____)**

On this day came on to be considered Silchuk Logistics LLC's Request for Allowance and Payment of Section 503(b)(1) Administrative Claim. The Court having considered the same is of the opinion that it should be in all things granted; it is therefore **ORDERED**

1. Silchuk's administrative expense claim in the amount of $377,460 for the interstate transportation services provided by Silchuk to the estate, specifically 106 shipments delivered between February 25, 2021 and April 29, 2021, is ALLOWED pursuant to section 503(b)(1) of the Bankruptcy Code;

2. Silchuk shall file a Proof of Claim for its ALLOWED administrative expense claim of $377,460 within 30 days of the date of this ORDER; and

3. The Chapter 7 trustee is authorized to pay the balance of the Applicant's administrative claim at such time as distributions are made to other administrative creditors, and in accordance with the priorities under the Bankruptcy Code

_____
Honorable Marvin Isgur
United States Bankruptcy Judge